| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Gibson, Kim R. | 2. Court or Organization U.S. District Court, PA | 3. Date of Report 04/23/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 104 Penn Traffic Building 319 Washington Street Johnstown, PA 15901 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Music Education Advocate Coalition (Somerset Area School District) |
| 2. President | Somerset High School Band Boosters |
| 3. | |
| 4. | |
| 5. | |

DISCLOSURE OFFICE FINANCIAL DISCLOSURE 2008 APR 27 P 1: 52 RECEIVED

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1978 | Somerset County Employees Retirement Plan - pension received each month beginning in 2001. |
| 2. 1998 | Pennsylvania State Employees Retirement Plan - pension received each month beginning in 2003; also medical insurance is provided under the plan. |
| 3. 1996 | United States Army Reserves Retirement - pension received each month beginning in June, 2008. |

Gibson_Kim_R

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R. | 04/23/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Somerset County Employees Retirement Plan (county pension). | $11,101.32 |
| 2. 2008 | Pennsylvania State Employees Retirement Plan (state pension). | $17,170.08 |
| 3. 2008 | United States Army Reserves (military pension) | $20,486.68 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Allegheny County Bar Association | June 19-21, 2008 | Champion, PA | Annual Meeting | Room/Meals |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R. | 04/23/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. PNC Bank | Line of Unsecured Credit | J |
| 2. USAA Bank | Line of Unsecured Credit | K |
| 3. Citi Bank | Line of Unsecured Credit | J |
| 4. Chase Bank | Line of Unsecured Credit | K |
| 5. BMW Bank | Line of Unsecured Credit | J |
| 6. Bank of America | Line of Unsecured Credit | K |
| 7. First National Bank | Line of Unsecured Credit | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | First National Bank - IRA Account | A | Interest | J | T | Distributed (part) | 12-30 | J | A | - |
| 2. | Somerset Trust Company | C | Interest | K | T | | | | | Assets set forth in 15-25 |
| 3. | USAA Aggressive Growth Fund | A | int./div. | J | T | Sold (part) | 5-22 | J | B | - |
| 4. | USAA Emerging Market Fund | A | int./div. | J | T | Sold (part) | 5-22 | J | A | - |
| 5. | USAA International Fund | A | int./div. | K | T | Sold (part) | 5-22 | J | B | - |
| 6. | USAA Science & Technology Fund | A | int./div. | J | T | | | | | - |
| 7. | USAA First Start Fund | A | int/div. | J | T | | | | | - |
| 8. | USAA Income Fund | A | int. | K | T | Sold (part) | 5-22 | J | B | - |
| 9. | USAA Intermediate - Term Bond Fund | A | int. | K | T | Sold (part) | 5-22 | J | B | - |
| 10. | USAA S&P 500 Index Fund | A | int./div. | J | T | Sold (part) | 5/22 | J | B | - |
| 11. | USAA Small Cap Stock Fund | A | int./div. | J | T | Sold (part) | 5/22 | J | B | - |
| 12. | Nationwide Life Insurance - Universal Life | A | int./div. | J | T | | | | | - |
| 13. | AAFMAA Life Insurance - Whole Life | A | int/div. | K | T | | | | | - |
| 14. | Prudential Life Insurance - Whole Life | A | int./div. | J | T | | | | | - |
| 15. | Real Estate-Residential Lot-Somerset, PA (appraisal 9/29/08 | | None | K | Q | | | | | - |
| 16. | Federated GNMA Trust #16 | A | Dividend | J | T | | | | | - |
| 17. | Federated Stock Trust #19 | A | Dividend | J | T | | | | | - |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federated Growth Fund #48 | | None | J | T | | | | | - |
| 19. Federated Kaufman Class A Fund #66 | | None | J | T | | | | | - |
| 20. Federated Equity FDS Comm Tech Cl. A #965 | | None | | | Distributed | 3/19 | J | A | - |
| 21. Fed. Int. Capital Appreciation Fund #863 | A | Dividend | | | Distributed | 1/29 | J | A | - |
| 22. Prime Obligations Fund Principal #10 | A | int. | J | T | | | | | - |
| 23. Federated Large Cap Growth Fund #322 | | None | | | Distributed | 3/19 | J | A | - |
| 24. Somerset Trust Company - Accounts | A | Interest | J | T | | | | | - |
| 25. Estate #1 | | None | | | Closed | 12/08 | J | | |
| 26. Somerset Trust Company - Account | | None | | | Closed | 12/08 | J | | |
| 27. USAA Money Market | A | Int./Div. | K | T | | | | | |
| 28. USAA Growth Fund | A | Int./Div. | J | T | Sold (part) | 5/22 | J | B | |
| 29. USAA Value Fund | A | Int./Div. | J | T | Sold (part) | 5/22 | J | B | |
| 30. USAA Income Stock Fund | A | Int./Div. | J | T | Sold (part) | 5/22 | J | A | |
| 31. USAA Short Term Bond Fund | A | Int./Div. | J | T | Sold (part) | 5/22 | J | B | |
| 32. USAA High Yield Opportunities Fund | A | Int./Div. | K | T | Sold (part) | 5/22 | J | B | |
| 33. USAA Precious Metals & Minerals | A | Int./Div. | J | T | Sold (part) | 5/22 | J | A | |
| 34. Fed. MDT Small Cap Growth #282 | | None | | T | Buy | 1/2 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fed. MDT Large #265 | | None | | T | Buy | 1/2 | J | | |
| 36. Fed. InterCont. Fund #169 | | None | | T | Buy | 1/2 | J | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R. | 04/23/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R. | 04/23/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544